UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVID S. DAWOOD

        Plaintiff(s),　　　　　　　　　　Case No. 2010-cv-10236

v.　　　　　　　　　　　　　　　　　　Judge Robert H. Cleland

CHASE BANK USA, NA, et al　　　　　　Magistrate Judge Mark A. Randon

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, JP Morgan Chase Bank USA, NA

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐　　　No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐　　　No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: January 19, 2010　　　　　　　　　/S/ Brian A. Nettleingham

　　　　　　　　　　　　　　　　　　　　P58966
　　　　　　　　　　　　　　　　　　　　Maddin Hauser Wartell Roth & Heller, PC
　　　　　　　　　　　　　　　　　　　　28400 Northwestern Hwy.
　　　　　　　　　　　　　　　　　　　　3rd Floor
　　　　　　　　　　　　　　　　　　　　Southfield, Michigan 48034
　　　　　　　　　　　　　　　　　　　　(248) 354-4030
　　　　　　　　　　　　　　　　　　　　ban@maddinhauser.com